IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOSHUA ADAM WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:26cv483-MHT |
| | ) | (WO) |
| THEODORE WILLIAMS, Warden, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that plaintiff's motion for an emergency injunction (Doc. 5), which the court construes as a motion for a temporary restraining order, is denied. Plaintiff's fear for his safety is not a sufficient reason for granting the requested injunction.

DONE, this the 7th day of July, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE